# IN THE IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Tammie S. Bullock, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Equifax Information Services, LLC, ) <br> ) <br>    Defendant. ) <br> ) | Civil Action File No.: <br> 1:25-cv-03451-TWT-WEJ |

## NOTICE OF SETTLEMENT

Plaintiff, Tammie S. Bullock, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Equifax Information Services, LLC ("Equifax"). Plaintiff and Defendant, Equifax need to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant, Equifax. Accordingly, Plaintiff respectfully submits that this obviates the need for Defendant, Equifax to make any Court required filings prior to dismissal.

Respectfully submitted this 16th day of December, 2025.

*[Signatures Appear on Following Page]*

1

2

        **BERRY & ASSOCIATES**

        */s/ Matthew T. Berry*
        Matthew T. Berry
        Georgia Bar No.: 055663
        matt@mattberry.com
        Telephone: (404) 235-3334
        2751 Buford Highway, Suite 600
        Atlanta, GA 30324

        */s/ Chris Armor*
        Christopher N. Armor
        Georgia Bar No. 614061
        P.O. Box 509
        Londonderry, Vermont 05148
        Phone 651-208-6441
        Fax 404-592-6102
        chris.armor@armorlaw.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 509
Londonderry, Vermont 05148
Phone 651-208-6441
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*