UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMMIE S. BULLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:25-CV-03451-TWT-JHR |

## ORDER

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal consistent with their Notice of Settlement [Doc. 11]. All deadlines in this action are STAYED pending the filing of dismissal documents.

SO ORDERED, this 19th day of December, 2025.

*/s/ Thomas W. Thrash*
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE