**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Tammie S. Bullock,  ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:25-cv-03451-TWT-WEJ |
| v. ) | |
| ) | |
| Equifax Information Services, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, Tammie S. Bullock, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses, **with prejudice**, all claims against Defendant, Equifax Information Services, LLC, in this case. As indicated by the signature of its counsel below, Equifax Information Services, LLC stipulates to Plaintiff's voluntary dismissal of the instant matter.

It is further stipulated that each party shall bear its own costs and attorneys' fees incurred in this matter.

This 12th day of February, 2026.

*[Signatures Appear on Following Page]*

1

| **BERRY & ASSOCIATES** | **EQUIFAX INFORMATION SERVICES LLC** |
|---|---|
| */s/ Matthew Berry* | */s/ Christine Kapur* |
| Matthew Berry, GA Bar No.: 055663 | Christine Kapur, |
| matt@mattberry.com | GA Bar No.: 197008 |
| Telephone: (404) 235-3334 | Legal Counsel - Litigation |
|  | Equifax Legal Department |
| 2751 Buford Highway, Suite 600 | Christine.kapur@equifax.com |
| Atlanta, GA 30324 | 1550 Peachtree Street |
|  | Atlanta, Georgia 30309 |
| */s/ Chris Armor* | Ph. 404-885-8066 |
| Christopher N. Armor |  |
| Georgia Bar No.: 614061 | *Counsel for Defendant Equifax Information Services LLC* |
| P.O. Box 509 |  |
| Londonderry, Vermont 05148 |  |
| Ph. (651) 208-6441 |  |
| Chris.armor@armorlaw.com |  |

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2026, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
mberry@mattberry.com

2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305

*/s/ Chris Armor*
Chris Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*